John Douglas MOORE, Petitioner,

v.

Raymond J. BUCHKOE, Warden, State
House of Correction and Branch
Prison, Respondent.

No. 13754.

United States Court of Appeals
Sixth Circuit.

June 10, 1959.

Paul L. Adams, Perry A. Maynard, and
Samuel J. Torina, Lansing, Mich., for
appellee.

Before MARTIN, Chief Judge, Mc-
ALLISTER, Circuit Judge, and CECIL,
District Judge.

PER CURIAM.

This is an appeal from the denial by
the district court of the writ of *habeas
corpus;* and it has been duly considered
on the brief of the petitioner, that of the
respondent, and on the record in the
cause;

And it appearing, for the reasons stat-
ed in the opinion of United States Dis-
trict Judge Kent 175 F.Supp. 780 filed
July 29, 1958, that there is no merit in
the petition;

The judgment of the district court
denying the writ is affirmed.